D:\PrintImageBundler\Temp\990375\Originals\DOCUMENTWITHCOVERSHEET.PDF

**12-Person Jury**

Attorney ID#61090

FILED
10/15/2018 4:35 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011190

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

LATANYA BEASLY, )
                 Plaintiff, )
   )
v.                        ( )
   )
MICHAELS STORE, INC., a Corporation, )    *Case No.*   2018L011190
FM FACILITY MAINTENANCE, and )
VIXXO CORPORATION, )
               Defendants. )

### COMPLAINT AT LAW

Now comes the Plaintiff, LATANYA BEASLEY, by her attorneys, TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC, and complaining of the Defendants, MICHAELS STORE, INC., a Corporation, FM FACILITY MAINTENANCE, and VIXXO CORPORATION, alleges as follows:

### COUNT I- MICHAELS STORE, INC.
### NEGLIGENCE

Now comes the Plaintiff, LATANYA BEASLEY, by her attorneys, TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC, and complaining of the Defendant, MICHAELS STORE, INC., alleges as follows:

1.      That on October 3, 2017, and for a long time prior thereto, the Defendant, owned, possessed, operated, managed, maintained and controlled or had a duty to own, possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents, servants and employees, a certain Michaels Store and its automatic doors in the ingress and egress of the store located at or about 9140 S Western Avenue, in the City of Evergreen Park, County of Cook and State of Illinois.

1



D:\PrintImageBundler\Temp\990375\Originals\DOCUMENTWITHCOVERSHEET.PDF

2.    That at the aforementioned time and place and prior thereto, the Defendant, well knowing its duty in this regard, carelessly and negligently caused and permitted said premises to become and remain in a dangerous condition for persons using said premises, although the Defendant, knew, or in the exercise of ordinary and reasonable care should have known, of said dangerous condition.

3.    That at the aforesaid time and place, the Plaintiff was lawfully entering the Michaels Store as a customer.

4.    That the Defendant owed a duty of care of maintaining a safe ingress and egress into the store, including the maintenance and upkeep of the automatic doors.

5.    That the Defendant, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

   (a)    Negligently and carelessly installed, operated, managed, maintained and controlled the aforesaid automatic doors, so that as a direct and proximate result thereof, the Plaintiff was injured.

   (b)    Failed to make a reasonable inspection of the aforesaid premises and said automatic doors, when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff.

   (c)    Failed to warn the Plaintiff of the dangerous condition of said automatic doors when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff.

   (d)    Allowed and permitted the automatic doors to remain in disrepair.

6.    That on the aforementioned date and as a result of the aforesaid acts of the Defendant, the Plaintiff was caused to sustain severe and permanent injuries after the automatic doors to the Michaels Store closed on her body.

2

D:\PrintImageBundler\Temp\990375\Originals\DOCUMENTWITHCOVERSHEET.PDF

FILED DATE: 10/15/2018 4:35 PM   2018L011190

7.      That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to her usual duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, LATANYA BEASLEY, demands judgment against the Defendant, MICHAEL'S STORE, INC., a Corporation, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

## COUNT II – PREMISES LIABILITY
## MICHAELS STORE, INC.

Now comes the Plaintiff, LATANYA BEASLEY, by her attorneys, TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC, and complaining of the Defendant, MICHAELS STORE, INC., alleges as follows:

1.      That on October 3, 2017, and for a long time prior thereto, the Defendant, owned, possessed, operated, managed, maintained and controlled or had a duty to own, possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents, servants and employees, a certain Michaels Store and its automatic doors in the ingress and egress of the store located at or about 9140 S Western Avenue, in the City of Evergreen Park, County of Cook and State of Illinois.

3

D:\PrintImageBundler\Temp\990375\Originals\DOCUMENTWITHCOVERSHEET.PDF

2. That at the aforementioned time and place and prior thereto, the Defendant, well knowing its duty in this regard, carelessly and negligently caused and permitted said premises to become and remain in a dangerous condition for persons using said premises, although the Defendant, knew, or in the exercise of ordinary and reasonable care should have known, of said dangerous condition.

3. That at the aforesaid time and place, the Plaintiff was lawfully entering the Michaels Store as a customer.

4. That the Defendant owed a duty of care of maintaining a safe ingress and egress into the store, including the maintenance and upkeep of the automatic doors.

5. That the Defendant, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

  (a) Improperly installed, operated, managed, maintained and controlled the aforesaid automatic doors, so that as a direct and proximate result thereof, the Plaintiff was injured.

  (b) Allowed and permitted the automatic doors to remain in use when it knew or should have known it posed a danger to those entering and exit.

  (c) Allowed and permitted the automatic doors to remain in disrepair.

6. That on the aforementioned date and as a result of the aforesaid acts of the Defendant, the Plaintiff was caused to sustain severe and permanent injuries after the automatic doors to the Michaels Store closed on her body.

7. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to her usual duties and affairs and has lost, and will in the future lose,

4

D:\PrintImageBundler\Temp\990375\Originals\DOCUMENTWITHCOVERSHEET.PDF

FILED DATE: 10/15/2018 4:35 PM    2018L011190

the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, LATANYA BEASLEY, demands judgment against the Defendant, MICHAEL'S STORE, INC., a Corporation, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

## COUNT IV – NEGLIGENCE
## FM FACILITY MAINTENANCE

Now comes the Plaintiff, LATANYA BEASLEY, by her attorneys, TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC, and complaining of the Defendant, FM FACILITY MAINTENANCE, alleges as follows:

1.     That on October 3, 2017, and for a long time prior thereto, the Defendant owned, installed, possessed, operated, managed, maintained and controlled or had a duty to own, install, possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents, servants and employees, automatic doors in the ingress and egress of a certain Michaels Store located at or about 9140 S Western Avenue, in the City of Evergreen Park, County of Cook and State of Illinois.

2.     That at the aforementioned time and place and prior thereto, the Defendant, well knowing its duty in this regard, carelessly and negligently caused and permitted said premises to become and remain in a dangerous condition for persons using said premises, although the Defendant, knew, or in the exercise of ordinary and reasonable care should have known, of said dangerous condition.

5

D:\PrintImageBundler\Temp\990375\Originals\DOCUMENTWITHCOVERSHEET.PDF

FILED DATE: 10/15/2018 4:35 PM   2018L011190

3.      That at the aforesaid time and place, the Plaintiff was lawfully entering the Michaels Store as a customer.

4.      That the Defendant owed a duty of care in maintaining a safe ingress and egress into the store, including the installation, inspection, maintenance and upkeep of the automatic doors.

5.      That the Defendant, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

(a)     Negligently and carelessly installed, operated, managed, maintained and controlled the aforesaid automatic doors, so that as a direct and proximate result thereof, the Plaintiff was injured.

(b)     Failed to make a reasonable inspection of the aforesaid premises and said automatic doors, when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff.

(c)     Failed to warn the Plaintiff of the dangerous condition of said automatic doors when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff.

(d)     Allowed and permitted the automatic doors to remain in disrepair.

6.      That on the aforementioned date and as a result of the aforesaid acts of the Defendant, the Plaintiff was caused to sustain severe and permanent injuries after the automatic doors to the Michaels Store closed on her body.

7.      That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to her usual duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in

6

D:\PrintImageBundler\Temp\990375\Originals\DOCUMENTWITHCOVERSHEET.PDF

FILED DATE: 10/15/2018 4:35 PM   2018L011190

mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, LATANYA BEASLEY, demands judgment against the Defendant, FM FACILITY MAINTENANCE, a Corporation, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

## COUNT V – NEGLIGENCE
## VIXXO CORPORATION

Now comes the Plaintiff, LATANYA BEASLEY, by her attorneys, TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC, and complaining of the Defendant, VIXXO CORPORATION, alleges as follows:

1.      That on October 3, 2017, and for a long time prior thereto, the Defendant owned, installed, possessed, operated, managed, maintained and controlled or had a duty to own, install, possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents, servants and employees, automatic doors in the ingress and egress of a certain Michaels Store located at or about 9140 S Western Avenue, in the City of Evergreen Park, County of Cook and State of Illinois.

2.      That at the aforementioned time and place and prior thereto, the Defendant, well knowing its duty in this regard, carelessly and negligently caused and permitted said premises to become and remain in a dangerous condition for persons using said premises, although the Defendant, knew, or in the exercise of ordinary and reasonable care should have known, of said dangerous condition.

7

D:\PrintImageBundler\Temp\990375\Originals\DOCUMENTWITHCOVERSHEET.PDF

FILED DATE: 10/15/2018 4:35 PM  2018L011190

3.     That at the aforesaid time and place, the Plaintiff was lawfully entering the Michaels Store as a customer.

4.     That the Defendant owed a duty of care in maintaining a safe ingress and egress into the store, including the installation, inspection, maintenance and upkeep of the automatic doors.

5.     That the Defendant, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

(a)     Negligently and carelessly installed, operated, managed, maintained and controlled the aforesaid automatic doors, so that as a direct and proximate result thereof, the Plaintiff was injured.

(b)     Failed to make a reasonable inspection of the aforesaid premises and said automatic doors, when the Defendant knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff.

(c)     Failed to warn the Plaintiff of the dangerous condition of said automatic doors when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to the Plaintiff.

(d)     Allowed and permitted the automatic doors to remain in disrepair.

6.     That on the aforementioned date and as a result of the aforesaid acts of the Defendant, the Plaintiff was caused to sustain severe and permanent injuries after the automatic doors to the Michaels Store closed on her body.

7.     That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be hindered and prevented from attending to her usual duties and affairs and has lost, and will in the future lose, the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in

8

D:\PrintImageBundler\Temp\990375\Originals\DOCUMENTWITHCOVERSHEET.PDF

FILED DATE: 10/15/2018 4:35 PM   2018L011190

mind and body, and will in the future continue to suffer.  Plaintiff further expended and became

liable for, and will expend and become liable for, large sums of money for medical care and

services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, LATANYA BEASLEY, demands judgment against the

Defendant, FM FACILITY MAINTENANCE, a Corporation, in a dollar amount to satisfy the

jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall

deem proper, and additionally, costs of said suit.

_____
Attorneys for Plaintiff(s)

Lindsay J. Scheidt
**TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC**
225 West Wacker Drive, Suite 1750
Chicago, Illinois 60606
P: (312) 586-1700
F: (312) 586-1701
Firm No. 61090

9