UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATANYA BEASLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:18-cv-7770 |
| | ) |
| MICHAELS STORE, INC., | ) |
| a Corporation, FM FACILITY | ) |
| MAINTENANCE, and VIXXO | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO VOLUNTARILY DISMISS DEFENDANTS, FM MAINTENANCE and VIXXO CORPORATION WITHOUT PREJUDICE**

Come now, the parties by their respective counsel, and stipulate to the dismissal of FM Facility Maintenance and Vixxo Corporation without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). This stipulation has no effect on Plaintiff's claims against Defendant, Michaels Store, Inc., which shall remain pending and continue. Each party is to bear their own respective costs.

**So Stipulated and Agreed on this 18th Day of October, 2019:**

/s/Chester L. Cameron, Jr.
Chester L. Cameron, Jr.
**TAXMAN, POLLOCK, MURRAY & BEKKERMAN, LLC**
225 W. Wacker Dr., Suite 1750
Chicago, Illinois 60606
T: (312) 586-1700
e-mail: ccameron@tpmblegal.com
Attorney for Plaintiff

/s/Lynn Kuznitz
Lynn Kuznitz
**LAW OFFICES OF MEACHUM, BOYLE & TRAFMAN**
225 W. Washington St., Suite 500
Chicago, IL 60606
T: (312) 726-6317
e-mail: lynn.kuznitz@libertymutual.com
Attorney for Defendants, FM Facility Maintenance & Vixxo Corp.

/s/Chase Gruszka
Chase Gruszka
**BRYCE DOWNEY & LENKOV, LLC**
200 N. LaSalle St., Suite 2700
Chicago, IL 60601
T: (312) 327-0032
e-mail: cgruska@bdlfirm.com
Attorney for Defendant, Michaels Store, Inc.