UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Latanya Beasly

                        Plaintiff,

v.                                                            Case No.: 1:18–cv–07770
                                                                 Honorable Andrea R. Wood

Michaels Store, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 24, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. The parties having filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [39], Defendants FM Facility Maintenance, LLC and Vixxo Corporation are dismissed without prejudice and with each party to bear its own attorneys' fees and costs. Plaintiff's shall file any motion for leave to file amended complaint by 11/15/2019. Pursuant to the discussion held in open court, the dispositive motions deadline is stricken. The deadline for the completion of fact discovery including treater discovery is extended to 12/6/2019. Status hearing set for 12/12/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.