UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LATANYA BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18 -CV-07770 |
| | ) | |
| MICHAELS STORE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

The parties, by respective counsel, stipulate to the dismissal of all claims with prejudice and with each party bearing their own costs.

James Lynch
Attorney for Plaintiff
Taxman, Pollock, Murray & Bekkerman, LLC
225 W. Wacker Drive, Ste. 1650
Chicago, IL 60605
(312) 586-1715

Rich Lenkov #6231079
Attorney for Defendant
Bryce Downey & Lenkov, LLC
200 N. LaSalle Street, Ste. 2700
Chicago, IL 60601
(312) 377-1501

1